```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2015 OCT 30 A 11:27

WILLIAM W. BLEVINS
      CLERK
```

**FELONY**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INDICTMENT FOR FRAUD
IN CONNECTION WITH ACCESS DEVICES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 15-260 |
| v. | * | SECTION: SECT. I MAG. 3 |
| CLIFF DURIO | * | VIOLATION: 18 U.S.C. § 1029(a)(3) |
| | * * * | |

H16-6    M

The Grand Jury charges that:

## COUNT 1

On or about August 2, 2013, in the Eastern District of Louisiana, the defendant, CLIFF DURIO, knowingly and with intent to defraud, possessed fifteen or more counterfeit and unauthorized access devices, including but not limited to credit cards and gift cards, said possession affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Section 1029(a)(3).

## NOTICE OF ACCESS DEVICE FRAUD FORFEITURE

1. The allegations of Count 1 of this Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 1029(c)(1)(C) and 982(a)(2)(B).

2. As a result of the offense alleged in Count 1, the defendant, CLIFF DURIO, shall



of any other property of said defendant up to the value of the forfeitable property.

All in violation of Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C).

FOREPERSON'S SIGNATURE
HAS BEEN REDACTED

_____
DAVID HALLER
Assistant United States Attorney

New Orleans, Louisiana
October 30, 2015

3

FORM OBD-34

No. _____

**UNITED STATES DISTRICT COURT**

_Eastern_ District of _Louisiana_

_Criminal_ _Division_

**THE UNITED STATES OF AMERICA**

vs.

**CLIFF DURIO**

**INDICTMENT FOR FRAUD IN CONNECTION WITH ACCESS DEVICES**

VIOLATION: 18 U.S.C. § 1029(a)(3)

FOREPERSON'S SIGNATURE HAS BEEN REDACTED

Filed in open court this _____ day of _____ A.D. 2015.

_____ Clerk

Bail, $ _____

David Haller
Assistant United States Attorney